UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

2013 MAY 30 PM 4:30

Stacy Jones
_____
_____
(Name of plaintiff or plaintiffs)

v.                                          CIVIL ACTION NO._____

Disable America
Veterans
_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Stacy Jones
             (name of plaintiff)

is a citizen of the United States and resides at 4043 leroy Ave
                                                    (street address)

mphs            Shelby                    Tn
(city)          (country)                 (state)

38108                        (901) 212-9465
(zip code)                   (telephone number)

Revised 4-18-08

3. Defendant __Disable American__
(defendant's name)
lives at, or its business is located at __3440   Summer Ave__
__mphs Tn 38122__ (street address)

4. Plaintiff sought employment from the defendant or was employed by the defendant at __3440   Summer Ave.__
(street address)
__mphs__         __Shelby__              __Tn__         __38122__
(city)            (country)              (state)        (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __14__      __10__      __2009__
                                  (day)     (month)    (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.
                                  (day)     (month)    (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __22__      __3__       __2011__
                                  (day)     (month)    (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __After March 4th__. (Attach a copy of the notice to
                                (day)  (month) (year)
this complaint.)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ✓ sex, (4) ___ religion, (5) ___ national origin, defendant

  (a) ___ failed to employ plaintiff.

  (b) ___ terminated plaintiff's employment.

  (c) ___ failed to promote plaintiff.

  (d) X __Back pay Compensation for my damage and harm and lost and front pay__

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: _____

_____ See Attached _____

11. The acts set forth in paragraph 9 of this complaint

    (a) ____ are still being committed by defendant.

    (b) ✓ are no longer being committed by defendant.

    (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    (a) ____ Defendant be directed to employ plaintiff, or

    (b) ____ Defendant be directed to re-employ plaintiff, or

    (c) ____ Defendant be directed to promote plaintiff, or;

    (d) ✓ Defendant be directed to _____

_____

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08

If Job Applicant, Date You Applied for Job **Nov. 4, 2008**  Job Title Applied For **Cashier**

Date Hired **Nov. 13, 2008**

**4. What is the reason (basis) for your claim of employment discrimination?**

FOR EXAMPLE, if you feel that you were treated worse than someone else because of race, you should check the box for Race. If you feel you were treated worse for several reasons, such as your sex, religion and national origin, you should check all that apply. If you complained about discrimination, participated in someone else's complaint, or filed a charge of discrimination, and a negative action was threatened or taken, you should check the box next to Retaliation.

☐ Race  ☒ Sex  ☐ Age  ☐ Disability  ☐ National Origin  ☐ Religion  ☒ Retaliation  ☐ Pregnancy  ☐ Color (typically a difference in skin shade within the same race)  ☐ Genetic Information; circle which type(s) of genetic information is involved: i. genetic testing  ii. family medical history  iii. genetic services (genetic services means counseling, education or testing)

If you checked color, religion or national origin, please specify: _____

If you checked genetic information, how did the employer obtain the genetic information? _____

Other reason (basis) for discrimination (Explain): **Sexual harassment hostel work environment due to sex and Retaliation**

**5. What happened to you that you believe was discriminatory?** Include the date(s) of harm, the action(s), and the name title(s) of the person(s) who you believe discriminated against you. Please attach additional pages if needed. (Example: 10/02/06 – Discharged by Mr. John Soto, Production Supervisor)

A. Date: **10-09-02-11**  Action: **[illegible] C-Calender Sexual harassment hostel work environment and Retaliation**

Name and Title of Person(s) Responsible: **Supervisor Mr. Larry Elzey**

B. Date: **C-Calender**  Action: **Sexual harassment - hostel work Mr. Campbell - C-Calender Coworker Wayne Davis C-Calender Jerry [illegible] member of DAK C-Calender**

Name and Title of Person(s) Responsible: _____

**6. Why do you believe these actions were discriminatory?** Please attach additional pages if needed.

**They created a hostel work evoirment for me, and the men on my job weren't treated like me**

**7. What reason(s) were given to you for the acts you consider discriminatory? By whom? His or Her Job Title?**

**They did not justify. The sexual harassment hostel. I was let go for the Economy Economic - I belive I was let go to Sexual harassment and hostel**

**8. Describe who was in the same or similar situation as you and how they were treated.** For example, who else applied the same job you did, who else had the same attendance record, or who else had the same performance? Provide the sex, age, national origin, religion, or disability of these individuals, if known, and if it relates to your claim of discrimination. For example, if your complaint alleges race discrimination, provide the race of each person; if it alleges sex discrimination, provide the sex of each person; and so on. Use additional sheets if needed.

Of the persons in the same or similar situation as you, who was treated *better* than you?

| Full Name | Race, sex, age, national origin, religion or disability | Job Title | Description of Treatment |
|---|---|---|---|
| A. Tom | male | Truck Drive | Tom was never talked to in a sexually way nor was he sexually [illegible] |
| B. Simion | male | Baler/truck Driver | Simion wasnt sexually harassed nor did they talk to him in a sexually way. |