IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STACY JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:13-cv-02367-JPM-tmp |
| DISABLE AMERICA VETERANS, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have resolved the above-captioned matter and request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Court dismiss this action with prejudice, with each party to bear her or its own costs and fees.

Respectfully submitted,

s/ *Stacy Jones*
Stacy Jones
4043 Leroy Ave.
Memphis, TN 381098
*Pro Se Plaintiff*

s/ James H. Stock, Jr.
James H. Stock, Jr. (TN Bar No. 9262)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: james.stock@jacksonlewis.com
*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2015, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, and that I have served via first-class U.S. Mail, postage prepaid, a copy of the same to the following individual of record:

Stacy Jones
4043 Leroy Avenue
Memphis, TN 38108

*Pro Se Plaintiff*

s/ James H. Stock, Jr.
James H. Stock, Jr.

4823-4601-7829, v. 1