IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STACY JONES, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:13-cv-2367-SHL-tmp |
| | ) |
| DISABLED AMERICAN VETERANS, | ) |
| Defendant. | ) |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Pro Se Complaint (ECF No. 1), filed May 30, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 35) filed July 9, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

July 9, 2015
Date